UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

JOSE CALVENTE,

                                  Plaintiff,        **DEFENDANT'S INITIAL NARRATIVE STATEMENT**

      -against-                                      **CV15-2024 (JFB)(ARL)**

SUFFOLK COUNTY CORRECTIONAL FACILITY,

                                  Defendants.
_____

       Defendant Suffolk County Correctional Facility submits the following as and for its initial narrative statement.

I.    FACTS

       Defendant intends to offer evidence of the following facts at trial:

           a) that plaintiff was not deprived of his right to adequate medical care; and

           b) that plaintiff did not sustain the injuries and damages which he claims.

II.    EXHIBITS

       Defendant intends to offer the following evidentiary items:

           a) plaintiff's medical chart from the Suffolk County Correctional Facility.

           b) plaintiff's medical chart from the New York State Department of Corrections.

III. <u>WITNESSES</u>

    Defendant intends to call Dr. Vincent Geraci as a witness at trial.


Dated: Hauppauge, New York
      December 4, 2015

                                          Dennis M. Brown
                                          Suffolk County Attorney
                                          Attorney for Defendant
                                          Arlene S. Zwilling
                                          P.O. Box 6100
                                          100 Veterans Memorial Highway
                                          Hauppauge, New York 11788-0099
                                          (631) 853-4049

                                By:   _____
                                          Arlene S. Zwilling
                                          Assistant County Attorney


To:     Jose Calvente   *Pro Se*
          # 14A5049
          Marcy Correctional Facility
          PO Box 3600
          Marcy, NY  13403-3600