UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE CALVENTE,

                           Plaintiff,                         **ORDER**

          -against-                                           CV 15-2024(JFB) (ARL)

SUFFOLK COUNTY CORRECTIONAL
FACILITY,

                           Defendant.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

        Before the court is a letter from the *pro se* plaintiff, Jose Calvente, advising that the
defendant has failed to serve him with a written narrative of the facts that it anticipates
presenting at trial through the testimony of witnesses or documentary evidence despite being
ordered to do so by June 3, 2016. The defendant has not responded to the plaintiff's letter.

        By August 5, 2016, the defendant shall serve and file its written narrative. If the parties
have not already sone so, they are directed to immediately initiate whatever discovery is deemed
necessary for this proceeding by serving interrogatories and/or document demands pursuant to
Rule 33 and 34 of the Federal Rules of Civil Procedure. All discovery, inclusive of expert
discovery, shall be completed by completed by October 14, 2016. By October 28, 2016, the
plaintiff shall submit a revised narrative statement, exhibit list, witness list, and summary of each
witness's testimony. The defendant is directed to submit the customary pretrial order required by
the assigned District Judge to the undersigned by November 11, 2016. Dispositive motions such
as motions for summary judgment are to be filed in accordance with the District Judge's rules on
or before November 25, 2016.

        Failure to comply with this order may result in the imposition of sanctions including a
recommendation that the answer be stricken. A copy of the order is being sent by the Court to
Mr. Calvente by certified mail

Dated: Central Islip, New York                          **SO ORDERED:**
       July 12, 2016


                                                        _____/s/_____
                                                        Arlene Rosario Lindsay
                                                        United States Magistrate Judge