# COUNTY OF SUFFOLK



**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

July 13, 2016

Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Calvente v. County of Suffolk
    CV15-2024 (JFB)(ARL)

Dear Judge Lindsay:

This office represents the Suffolk County Correctional Facility, defendant in this civil rights action pursuant to 42 U.S.C. §1983. Defendant submits this letter in response to the Court's Order of July 12, 2016.

Said Order stated that defendant had failed to file its Narrative Statement, directed defendant to file its Narrative Statement by August 5, 2016, and indicated that the failure to comply with the Order may result in the imposition of sanctions.

Defendant did not fail to file its Narrative Statement. Our Narrative Statement was filed on December 4, 2015 (docket entry no. 18).

At this time, defendant wishes to proceed with plaintiff's deposition. Accordingly, we now also filing a proposed Writ of Habeas Corpus Ad Testificandum which calls for the deposition. Respectfully, we ask that the Court issue the Writ.

Respectfully submitted,

Dennis Brown
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
    Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169

cc: Jose Calvente
Marcy Correctional Facility
14A5049
PO Box 3600
Marcy, New York 13403-3600

LOCATION  
H. LEE DENNISON BLDG.  
100 VETERANS MEMORIAL HIGHWAY  ♦  

MAILING ADDRESS  
P.O. BOX 6100  
HAUPPAUGE, NY  11788-0099  ♦  

(631) 853-4049  
TELECOPIER (631) 853-5169