UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE CALVENTE,

                       Plaintiff,                      **ORDER**

         -against-                               CV 15-2024(JFB) (ARL)

SUFFOLK COUNTY CORRECTIONAL
FACILITY,

                       Defendant.
-----------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       By order dated December 13, 2016, the Court directed the parties to submit a proposed joint pretrial order by December 23, 2016. On December 23, counsel for the defendant filed a one-sided pretrial order, which must be rejected by the Court. The proposed pretrial order fails to set forth any information relevant to the plaintiff's claims and counsel has not explained why the plaintiff's information is missing. Immediately upon receipt of this order, counsel for the defendant is directed to contact the plaintiff to discuss the pretrial order. On or before January 13, 2017, the plaintiff is directed to provide counsel for the defendant with any information he wishes to have included in the joint pretrial order. Counsel for the defendant is directed to incorporate the plaintiff's information into the draft that has been filed with the court and to resubmit the customary joint pretrial order by January 20, 2017.

Dated: Central Islip, New York
         December 27, 2016

                                                         **SO ORDERED:**

                                                         /s/
                                                Arlene R. Lindsay
                                                United States Magistrate Judge