**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN                                                                                          DEPARTMENT OF LAW
 COUNTY ATTORNEY

January 17, 2017

Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Calvente v. County of Suffolk
    CV15-2024 (JFB)(ARL)

Dear Judge Lindsay:

The Suffolk County Attorney's Office represents the Suffolk County Correctional Facility, defendant in this civil rights action pursuant to 42 U.S.C. §1983.

In accordance with the Court's Order of December 27, 2016, we now file a proposed Joint Pretrial Order. This document was created by inputting so much of Plaintiff's Proposed Pretrial Order (docket entry no. 47) as appears to be in compliance with Judge Bianco's form for pretrial orders. We have not included additional material from Plaintiff's Proposed Pretrial Order that is not required by Judge Bianco's form. However, the Court has access to that additional material since plaintiff has filed his proposed pretrial order.

Respectfully submitted,

Dennis Brown
Suffolk County Attorney

/s/ Arlene S. Zwilling
By:  Arlene S. Zwilling
     Assistant County Attorney

cc: Jose Calvente
    Marcy Correctional Facility
    14A5049
    PO Box 3600
    Marcy, New York 13403