DATE: 11/29/2017  AT: 1:21 p.m.
                  Time:    min.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

DOCKET NUMBER: CV 15-2024

TITLE: Calvente v. Suffolk County Correctional

**FILED CLERK**

11/29/2017 3:37 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

FTR: 1:21-1:29

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY _____ |
| | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
| | NEXT STATUS PHONE CONFERENCE SET FOR _____ |
| | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____ FOR _____ |
| | MOTION TO BE FILED BY //2017; RESPONSE BY //2017; REPLY BY //2017. |
| | ORAL ARGUMENT SET FOR //2017 at _____ |
| X | JURY SELECTION AND TRIAL SET FOR 6/4/18 at 9:30 a.m. |
| | TRIAL SET FOR _____ |
| | OTHER _____ |