DATE: 02/16/2018    AT: 3:00 p.m.    Time in court: 6 min.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE DISCOVERY CONFERENCE

DOCKET NUMBER: CV-15-2024

TITLE: Calvente v. Suffolk County

APPEARANCES:
　　　　For Plainitiff: Cory H. Morris

　　　　For Defendant: Arlene S. Zwilling

FTR: 3:03 - 3:09

__X__　CASE CALLED.

__X__　COUNSEL FOR ALL SIDES PRESENT.

_____　COUNSEL FOR _____ NOT PRESENT.

__X__　CONFERENCE HELD.

_____　DISCOVERY TO BE COMPLETED BY_____

_____　PARTIES TO COMPLETE_____
　　　　BY THE NEXT CONFERENCE OR BY_____

_____　NEXT STATUS PHONE CONFERENCE SET FOR_____ at_____

_____　MOTION TO BE FILED BY __//2018_;
　　　　　　　　RESPONSE BY __//2018_;
　　　　　　　　REPLY BY    __//2018_.

_____　ORAL ARGUMENT SET FOR __//2018 at_____

_____　JURY SELECTION SET FOR_____

_____　TRIAL SET FOR_____

__X__　OTHER: The motion to reopen discovery for plaintiff's limited discovery demands is denied in part and granted in part as stated on the record. Counsel for Defendant is to provide the documents to Plaintiff Counsel by March 9, 2018.