COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. BROWN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

June 1, 2018

Hon. Joseph F. Bianco, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Calvente v. County of Suffolk*
    CV15-2024 (JFB)(ARL)

Dear Judge Bianco:

The Suffolk County Attorney's Office represents the County of Suffolk (sued herein as the "Suffolk County Correctional Facility"), defendant in this civil rights action pursuant to 42 U.S.C. §1983 brought by plaintiff Jose Calvente.

In accordance with the instructions of the Court given at the conference held May 25, 2018, the County herewith files a copy of the letter of Brian M. Callahan, Esq., General Counsel to the New York State Commission of Correction dated May 25, 2018. The Commission of Correction is the state agency charged with promulgating the so called "minimum standards" that govern correctional facilities within the state set forth in Title 9, Subtitle AA of the New York Codes, Rules and Regulations. Mr. Callahan's letter states that the minimum standards which apply to the Suffolk County Correctional Facility, a county jail, are not the "Minimum Standards and Regulations for the Management of State Correctional Facilities", as urged by plaintiff, but the "Minimum Standards For County Jails and Penitentiaries."

Respectfully submitted,

Dennis Brown
Suffolk County Attorney

By: */s/ Arlene S. Zwilling*
    Arlene S. Zwilling
    Assistant County Attorney

---

**LOCATION**                                       **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**                          **P.O. BOX 6100**                                     **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**   ♦              **HAUPPAUGE, NY  11788-0099**    ♦    **TELECOPIER (631) 853-5169**