## CIVIL CAUSE FOR HEARING

BEFORE JUDGE BIANCO

DATE: 6/6/18            TIME: 11:00 a.m.            TIME IN COURT: 2 hours

CASE NUMBER:     **CV 15-2024**

TITLE:            **Calvente v. Suffolk County Correctional**

FTR: 11:10-12:33            COURTROOM DEPUTY: Michele Savona

OTHER: _____

X     CASE CALLED.

X     CONFERENCE HELD

X     WITNESS SWORN.

X     ARGUMENT HEARD / CONT'D TO _____ .

X     DECISION: Reserved

**OTHER** _____