

*Via Electronic Case Filing Only*

May 28, 2019

District Judge Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    Plaintiff Withdrawing Claims and Plaintiff's Request for Reimbursement from the E.D.N.Y. Litigation Fund;
           <u>Calvente v. Suffolk Cnty. Corr. Facility, Docket: 15-cv-2024 (JFB)(ARL);</u>

Dear Honorable Judge Joan M. Azrack:

    I write to address two separate matters: the withdrawal of certain claims and to respectfully request reimbursement from the E.D.N.Y. Litigation Fund.

    First, I write withdraw any claim under the Americans with Disabilities Act and any state-law claim of negligence in the above matter to the extent such were raised in Plaintiff's Motion in Limine. The sole claim remaining to be tried is a Monell theory of liability against Suffolk County.

    Additionally, as per the previous instruction(s) of Alyce Goodstein, Esq., Plaintiff respectfully requests reimbursement of anticipated trial expenses associated with service of process, subpoenas and witness fees in this matter. I respectfully make an application after discussing the costs and expenses associated with obtaining service of process, from Ultimate Process Server (Garden City, New York) and enclose hereto an application for reimbursement of expenses which includes the correspondence provided from a reputable process server.

    We thank the Court for its kind Consideration.

                                                    Respectfully Submitted,

                                                    CORY H. MORRIS

CM:eb
Encl:

Please send all mail to: 33 Walt Whitman Road, Suite 310 • Dix Hills, NY 11746
TEL: 631.450.2515 | FAX: 631.223.7377 | WEB: coryhmorris.com | EMAIL: info@coryhmorris.com
515 East Las Olas Boulevard, Suite 120 • Fort Lauderdale, FL 33301   *By appointment only*

## APPLICATION FOR REIMBURSEMENT OF EXPENSES
## FROM THE EASTERN DISTRICT CIVIL LITIGATION FUND
## IN CONNECTION WITH THE REPRESENTATION OF PRO SE LITIGANTS

Title of Action: __Calvente v. Suffolk Cnty. Corr. Facility, Docket: 15-cv-2024 (JFB)(ARL);__

Name: __Cory H. Morris, Esq.__

Address: __33 Walt Whitman Road, Suite 310, Dix Hills NY 11746__

Telephone: __631-450-2515__

E-mail: __info@coryhmorris.com__

Judge Assigned: __District Judge Joan M. Azrack__

Type of Expense (attach supporting documentation)   Amount

| Type | Amount |
|---|---|
| Telephone | |
| Facsimile | |
| Photocopying | |
| Postage | |
| Transcripts* | |
| Service | $736.28 |
| Interpreter* | |
| Travel* | |
| Other Expenses** | |

Only Application __X__    Prior Application(s), date(s): _____

TOTAL    $736.28

APPROVED

_____
U.S.D.J.

* Requires Court approval  ** Requires Court and Eastern District Civil Litigation Fund Approval

 Gmail

Cory Morris <coryhmorris@gmail.com>

## Calvente v. Suffolk Service
2 messages

---

**Cory Morris** <coryhmorris@gmail.com>  
To: Craig E <ultiserver@gmail.com>  
Bcc: Evan Brustein <evan@brusteinlaw.com>

Tue, May 28, 2019 at 8:46 AM

Dear Craig/Erica:

I hope this email finds you well and I hope you had a pleasant memorial day weekend. I write to follow up on the above matter, to request an invoice for anticipated service inclusive of the witness fees, etc.

Please contact me at your earliest convenience should you have any questions or need any additional information.

Thank you very much. I hope you are well and look forward to speaking with you again soon.

Sincerely,  
  Cory Morris

--

AVVO | LinkedIn | Website | Superlawyer

Phone:    (631) 450-2515 | (954) 998-2918

Fax:        (631) 223-7377 | (954) 745-4597

Email:     Info@CoryHMorris.com | CoryHMorris@Gmail.com

The Whitman Atrium            (By appointment only)  
33 Walt Whitman Road          515 E. Las Olas Boulevard  
Suite 310                     Suite 120  
Dix Hills, New York 11746     Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE: The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

---

**Craig E** <ultiserver@gmail.com>  
To: Cory Morris <coryhmorris@gmail.com>

Tue, May 28, 2019 at 2:03 PM

Process Serving: $425  
Witness Fees (5*$77.28): $311.28

Total fee would be $736.28  
[Quoted text hidden]

--  
Craig Eisenberg  
Ultimate Process & Attorney Services, Inc.  
585 Stewart Ave.  
Ste. LL-16  
Garden City, NY 11530  
(516) 333-3447(Office)