UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE CALVENTE,

                                  Plaintiff,

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,

                                  Defendant.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

15-cv-2024(JMA)(ARL)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
June 6, 2019

_____
Dennis M. Brown
County Attorney
Attorney for Defendant
By: Arlene S. Zwilling
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788

_____
By: Cory H. Morris, Esq.
Law Offices of Cory H. Morris
Attorney for Plaintiff
33 Walt Whitman Rd
Suite 310
Dix Hills, NY 11746

_____
By: Evan Brustein, Esq.
Brustein Law, PLLC
299 Broadway - Suite 17th Floor
New York, NY 10007

**SO ORDERED:**

**Dated: New York**

_____, **2019**

_____
Hon. Joan M. Azrack, U.S.D.J.