**APPLICATION FOR REIMBURSEMENT OF EXPENSES
FROM THE EASTERN DISTRICT CIVIL LITIGATION FUND
IN CONNECTION WITH THE REPRESENTATION OF PRO SE LITIGANTS**

Title of Action: Calvente v. Suffolk Cnty. Corr. Facility, Docket: 15-cv-2024 (JFB)(ARL);

Name: Cory H. Morris, Esq.

Address: 33 Walt Whitman Road, Suite 310, Dix Hills NY 11746

Telephone: 631-450-2515

E-mail: info@corymorris.com

Judge Assigned: District Judge Joan M. Azrack

Type of Expense (attach supporting documentation)   Amount

| Type | Amount |
|---|---|
| Telephone | |
| Facsimile | |
| Photocopying | |
| Postage | |
| Transcripts* | |
| Service | 596.28 |
| Interpreter* | |
| Travel* | |
| Other Expenses** | |

Only Application __X__     Prior Application(s), date(s) _____

TOTAL     596.28

APPROVED

/s/     (JMA)
USDJ

* Requires Court approval  ** Requires Court and Eastern District Civil Litigation Fund Approval